02-11-275-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO.
 02-11-00275-CR

 

 


 
 
 Carole Hill Lilly a/k/a Carole Hill Bearden
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

 

Pursuant
to a plea bargain, Appellant Carole Hill Lilly a/k/a Carole Hill Bearden
pleaded guilty to delivery of more than four but less than 200 grams of methamphetamine. 
See Tex. Health & Safety Code Ann. § 481.112(d) (West 2010).
 The trial court sentenced Appellant on June 20, 2011, to fifteen and
one-half years’ confinement in accordance with the plea agreement.  The
trial court’s certification of Appellant’s right of appeal states that this “is
a plea-bargain case, and the defendant has NO right of appeal.”  Appellant
filed a pro se notice of appeal in the trial court on June 30, 2011.
 Concerned that we did not have jurisdiction over this appeal, we sent a
letter to Appellant and her retained counsel requesting a response by July 21,
2011, showing grounds for continuing the appeal.  We have not received a
response.  Accordingly, we dismiss the appeal for want of jurisdiction.
 See Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

 

PER CURIAM

 

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED: September 29,
2011

 

 














[1]See Tex. R. App. P. 47.4.